[No. 5643-1-III.  Division Three.  May 30, 1984.]

*In the Matter of the Marriage of* JOYCE M. CAMPBELL, *Respondent, and* MICHAEL D. CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 81–3–00168–6, John J. Ripple, J., entered January 20, 1983. *Reversed* and *remanded* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J. Now published at 37 Wn. App. 840.